IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISABEL LEYVA, ERICKA RODRIGUEZ and JORGE LUIS ARRIAGA ) ) ) Plaintiff, ) ) ) v. ) ) CESAR'S RESTAURANT, INC., CESARS ) ON BROADWAY RESTAURANT, INC., ) SANDRA SANCHEZ, and ISRAEL ) SANCHEZ, individually ) ) Defendants ) | Case No. 17 CV 4987<br><br>Judge Kennelly |

**ORDER OF JUDGMENT**

This matter coming before the Court on Plaintiffs Isabel Leyva, Ericka Rodriguez and Jorge Luis Arriaga's Motion to Reinstate the Case for Purposes of Enforcing the Terms of the Settlement Agreement ("Motion")(Dkt. No. 83), the Court having reviewed the terms of the Settlement Agreement attached to Plaintiffs' Motion as Exhibit A (filed under seal)(Dkt. No. 83-1) and the Declaration of Plaintiffs' Counsel attached to Plaintiffs' Motion as Exhibit B (filed under seal)(Dkt. No. 83-2), Defendants Cesar's Restaurant, Inc., Cesar's on Broadway Restaurant, Inc., Sandra Sanchez, individually, and Israel Sanchez, individually (collectively "Defendants"), through their respective attorneys, and Defendants having failed to respond to Plaintiffs' Motion on or before August 19, 2019 as ordered by this Court (Dkt. No. 98),

IT IS HEREBY ORDERED that:

1. The Court finds that Defendants Cesar's Restaurant, Inc., Cesar's on Broadway Restaurant, Inc., Sandra Sanchez, individually, and Israel Sanchez, individually, are in breach of the payment terms of the parties' settlement set forth in paragraph 1 of the Settlement Agreement, Dkt. No. 83-1, ¶1.

2. Plaintiffs Isabel Leyva, Ericka Rodriguez and Jorge Luis Arriaga are awarded a judgment against Defendants Cesar's Restaurant, Inc., Cesar's on Broadway Restaurant, Inc., Sandra Sanchez and Israel Sanchez in the amount of Sixty-Five Thousand and 00/100 Dollars ($65,000.00) apportioned as follows:

    a. $14,707.75 for back wages to Jorge Luis Arriaga;

    b. $15,270.04 for back wages to Ericka Rodriguez;

    c. $13,355.54 for back wages to Isabel Leyva; and

    d. $21,666.67 for Plaintiffs' attorneys' fees and costs.

ENTERED: September 3, 2019

_____
Hon. Matthew F. Kennelly
United States District Court